| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: Northern District of California |
| Case number (*If known*): _____ Chapter 15 |

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding     12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

**1. Debtor's name**  Addoox Media LTD

**2. Debtor's unique identifier**

For non-individual debtors:
- ☐ Federal Employer Identification Number (EIN) ___ ___ – ___ ___ ___ ___ ___ ___ ___
- ☑ Other 514138056. Describe identifier Israel Tax ID Number.

For individual debtors:
- ☐ Social Security number: xxx – xx– ____ ____ ____ ____
- ☐ Individual Taxpayer Identification number (ITIN): **9** xx – xx – ____ ____ ____ ____
- ☐ Other _____. Describe identifier _____.

**3. Name of foreign representative(s)**  Uri Braun

**4. Foreign proceeding in which appointment of the foreign representative(s) occurred**  Company liquidation on Israel Court, No. 34269-03-21

**5. Nature of the foreign proceeding**

*Check one:*
- ☑ Foreign main proceeding
- ☐ Foreign nonmain proceeding
- ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6. Evidence of the foreign proceeding**
- ☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.
- ☑ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.
- ☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
  _____
  _____

**7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**
- ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
- ☑ Yes

| Debtor | Addoox Media LTD | Case number (if known) |
|---|---|---|
| | Name | |

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

**Country where the debtor has the center of its main interests:**

Israel

**Debtor's registered office:**

Yonah hanavi 21
Number     Street

_____
P.O. Box

Tel Aviv
City     State/Province/Region     ZIP/Postal Code

Israel
Country

**Individual debtor's habitual residence:**

_____
Number     Street

_____
P.O. Box

_____
City     State/Province/Region     ZIP/Postal Code

_____
Country

**Address of foreign representative(s):**

11 Menahem Begin St.
Number     Street

_____
P.O. Box

Ramat Gan
City     State/Province/Region     ZIP/Postal Code

Israel
Country

**10. Debtor's website** (URL)

www.addoox.com

**11. Type of debtor**

Check one:

☑ Non-individual (check one):

    ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

    ☐ Partnership

    ☐ Other. Specify: _____

☐ Individual

| Debtor | Addoox Media LTD | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**12. Why is venue proper in this district?**

Check one:

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☑ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
RhythmOne, LLC v. Addoox Media LTD - No. 3:20-cv-05779-JD

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because: _____

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

אורי בראון, עו"ד-מנהל מיוחד
מ.ר. 43030
רח' מנחם בגין 11, ר"ג
טל: 03-7512901 פקס: 077-3181088

X _____ URI BRAUN, liquidator
Signature of foreign representative    Printed name

Executed on 3/6/21
MM / DD / YYYY

אורי בראון, עו"ד-מנהל מיוחד
מ.ר. 43030
רח' מנחם בגין 11, ר"ג
טל: 03-7512901 פקס: 077-3181088

X _____ URI BRAUN, liquidator
Signature of foreign representative    Printed name

Executed on 3/6/21
MM / DD / YYYY

**14. Signature of attorney**

X Kayla Odom   Date 06/18/2021
Signature of Attorney for foreign representative   MM / DD / YYYY

Kayla A. Odom
Printed name

Freitas & Weinberg LLP
Firm name

303 Twin Dolphin Drive, Suite 600
Number   Street

Redwood Shores    CA    94065
City    State    ZIP Code

(650) 593-6301    kodom@fawlaw.com
Contact phone    Email address

301467    CA
Bar number    State

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 3

Case: 21-30454    Doc# 1    Filed: 06/18/21    Entered: 06/18/21 12:56:38    Page 3 of 16

SCHEDULE A TO CHAPTER 15 PETITION

**Item 6. Evidence of the foreign proceeding.**

A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

**Item 8. Others entitled to notice.**

Attach a list containing the names and addresses of:

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

> **Lod District Court**
> Sderot Hatsiyonut 3, Lod, 7127749 ISRAEL

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

> **RhythmOne, LLC**
> 535 Mission Street, Suite 2025
> San Francisco, CA 94105
>
> > Represented by:
> > Richard Zuromski, Jr.
> > SEIFERT ZUROMSKI LLP
> > One Market Plaza, Thirty-Sixth Floor
> > San Francisco, CA 94105
> > Telephone: (415) 293-7966
> > Facsimile: (415) 293-8001
> > Email: rzuromski@szllp.com

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

> None.

**Item 11. Type of debtor.**

Non-individual corporation. A corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1 is attached.

# ברִאון, צאודר-אסלן, משרד עורכי-דין
# Braun Tsauder Aslan, Law Office

מנחם בגין 11, רמת גן (מגדל רוגובין תדהר), קומה 24 טל 03-7512901   פקס. 077-3181088

11 Menahem Begin St., Ramat Gan, Israel tel:972-3-7512901

E-mail: bta.office.law@gmail.com

## - דחוף -

3.5.2021

לכבוד
גב' פנינה
בנק הפועלים
סניף 653
א.ג.נ,

**בפקס: 09-8991148**

הנדון: **חשבון מספר 210000 על שם חברת אדוקס מדיה בע"מ**

הריני לפנות אליכם בעניין הנדון כלדקמן :

1. ביום 26.4.2021 הורה ביהמ"ש המחוזי על <u>מתן צו פתיחת הליכים</u>, לחברה שבנדון (להלן : "**החברה**"), ועל מינויו של עו"ד אורי בראון, החי"מ, כנאמן.

   *העתק ההחלטה מיום 26.4.2021, מצ"ב **כנספח 1** למכתבי זה.*

2. לחי"מ ידוע כי החברה ניהלה בסניפכם, חשבון שמספרו 210000.

3. הנכם נדרשים לדווח אודות יתרת זכות קיימת בחשבון וכן להעביר דפי שערוך של חשבון הבנק.

4. את המסמכים ניתן להעביר במייל או בפקס.

5. כמו כן, הנכם מתבקשים לפעול בהתאם להוראות בית המשפט מיום 3.5.2021, המורה לבצע את ההעברה הבנקאית שלהלן :

   סכום העברה 2,859.98 דולר ארה"ב
   מוטב - DoiT International Ltd
   בנק 22 - סיטיבנק
   סניף 022
   חשבון איבן   IL940220010000501505013
   סוויפט – CITIILIT

   *העתק החלטה מיום 3.5.2021 מצ"ב **כנספח 2** למכתבי זה.*

6. <u>למען הסר ספק, בהתאם להחלטת בית המשפט הנכבד, חל איסור מוחלט על ביצוע פעולות כלשהן בחשבון החברה, ללא אישורו של החי"מ.</u>

7. לטיפולכם הדחוף אודה.

בכבוד רב,



אורי בראון, עו"ד
נאמן



בית המשפט המחוזי בלוד

חדל"ת 21-03-34269 אדוקס מדיה בע"מ נ' ממונה על חדלות פירעון – מחוז תל אביב ואח'

26 אפריל 2021

לפני כבוד השופטת עירית וינברג-נוטוביץ

בעניין: חוק חדלות פירעון ושיקום כלכלי תשע"ח 2018

להלן: "החוק"

בעניין: אדוקס מדיה בע"מ חברות 514138056

להלן: "החברה או התאגיד"

ובעניין: 1. ממונה על חדלות פירעון – מחוז תל אביב
2. בנק הפועלים בע"מ חברות 520000118

להלן: "המשיב/ה/ים"

נוכחים:
ב"כ המבקשת עו"ד אשר אנגלמן
המצהיר – מר רוברטו אשכנזי
ב"כ rythemone עו"ד דייויד בראל
ב"כ הממונה עו"ד נעמה גור מס

## פרוטוקול

**ב"כ המבקשת:**

אני חוזר על הבקשה.

**עו"ד בראל:**

אנחנו מתנגדים בתוקף לפירוק. לא הגשנו התנגדות כי רק לאחרונה קיבלתי את הדוח, אנחנו בתהליך של העברת משרדים, זה הגיע אך לאחרונה. לכן החלטתי להגיע היום ולבקש לדחות את הדיון. את הבקשה עצמה קיבלתי ונודע לי בסוף יום העבודה ביום חמישי. אנחנו נמצאים בתהליך של העברת משרדים ובכל זאת ראיתי לנכון מקום להגיע. יש לנו טענות של ממש. יש הליך תלוי ועומד נגד החברה שמתנהל בבית משפט בקליפורניה. החוב אינו חוב של ריבית וכו', אלא חוב עבור שירותים מסויימים שניתנו מכוח חוזה. לכן התביעה המתנהלת בארה"ב. יש לנו טענות של ממש, אין חוב של עובדים להבנתנו. לכן אנו לא מרגישים במעמד בנקודת הזמן הזו יש לחץ של ממש לתת צו פירוק ולעזור לעובדים להיפרע ולכן ארכה של מסי ימים כדי לטעון את הטענות שלנו שהליך של פירוק כזה יכול לטעמנו לעניין את ההליך בארה"ב, יש גם חב' אם שמעורבות. לשאלת בית המשפט התביעה בארה"ב רק נגד החברה. יש חב' אם שנקראת clear pier, ניסינו להכניס את חב' האם ובית המשפט שם דחה, ואנחנו מתכוונים בכל זאת להכניס את החברה. יתכן ויש לחברה נכסים לא מוחשיים, כמו IP למיניהם, הם אולי בתהליך של העברת נכסים.



1



בית המשפט המחוזי בלוד

חדל"ת 21-03-34269 אדוקס מדיה בע"מ נ' ממונה על     26 אפריל 2021
חדלות פירעון – מחוז תל אביב ואח'

**ב"כ המבקשת:**

הועברה אליהם הבקשה וההחלטה לפני מס' ימים, והיה להם די זמן הגיש ארכה או להגיש תגובה. אם היה ממש בטענות חברי, הדבר האחרון שהייתה עושה החברה זה לבקש למנות בעל תפקיד שעשוי לבדוק את זה. אנחנו לא חוששים לבדיקה זו, מתוך אחריות של החבר הושל דירקטורים ומכוח סעיף 288 הוגשה בקשת פירוק, זה הוגש מתוך אחריות ויש לחברה 10 מיליון ₪ חובות, 1.4 מיליון ₪ נכסים, חלקם הארי לגבייה.

**ב"כ הממונה:**

אין ספק שהיה די מספיק זמן להגיש התנגדות ולהגיש התנגדות מפורטת ומנומקת ונתמכת בתצהיר, בטח מבעוד מועד. אני חושבת שמינוי בעל תפקיד אחרי ששמעתי את הטענות והנימוקים של המתנגדת, יטיב עם הטענות של המתנגדת ולכן אני אסכים, מה גם שיתרת הנכסים ככל וקיימים הם מזעריים לעומת החובות של החברה ואסכים לבקשה ואבקש למנות את עו"ד שי פיאדה, עו"ד ערן קאופמן או את עו"ד אורי בראון.

**עו"ד בראל:**

לאחר ששמעתי את עמדת בית המשפט, כי במידה ותתקבל הבקשה להארכת מועד היא תותנה בחיוב בהוצאות וכן כי הליך של חדלות פירעון יכול לתת מענה לטענותינו, תוך שמירת כל הזכויות, אנח מקבל את העמדה וחוזר בי מההתנגדות.

**צו פתיחת הליכים**

על פי הבקשה שהוגשה לבית משפט זה, לאחר ששוכנעתי כי הבקשה הומצאה ופורסמה כדין והוצג בפניי אישור הממונה בדבר קבלת העתק מהבקשה כאמור בתקנה 26 לתקנות חדלות פירעון ושיקים כלכלי, תשע"ט- 2019 (להלן: **"התקנות"**); לאחר שהוכח להנחת דעתי כי התאגיד חדל פירעון ולאחר שלא הוגשה כל התנגדות לבקשה, אני מורה בזאת על פתיחת הליכי חדלות פירעון לגבי התאגיד לפי חוק חדלות פירעון ושיקום כלכלי, תשע"ח – 2018 (להלן: **"החוק"**) כדלקמן:

1. לאחר שמצאתי שאין סיכוי סביר לשיקום התאגיד, הנני מורה על פירוק התאגיד:

2. עו"ד **אורי בראון** מתמנה כנאמן לתאגיד.

    הנאמן יפקיד התחייבות עצמית בסך 100,000 ₪.

3. סמכויות הנאמן הן כמפורט בסעיפים 41-56 לחוק.




2



בבית המשפט המחוזי
מרכז

חדל"ת 34269/03/21

בעניין: חוק חדלות פירעון ושיקום כלכלי, תשע"ח – 2018
(להלן: "החוק")

ובעניין: אדוקס מדיה בע"מ ח.פ 514138056
ע"י ב"כ עוה"ד אשר אנגלמן ו/או סמיון קידר
משרד גולדפרב זליגמן
רח' יגאל אלון 98 תל אביב
טל: 03-7101612; פקס: 03-6089322

| החלטה | כ"א אייר תשפ"א, 03/05/2021 |
| --- | --- |
| בקשה 4 בתיק 34269-03-21 | |
| של עירית וינברג-נוטוביץ | |
| לאור נימוקי הבקשה ועמדת הממונה, כמבוקש. | |
| *** נחתם דיגיטאלית *** | |

אורי בראון, עו"ד – נאמן לחברה
ע"י ב"כ עוה"ד אורי בראון ו/או עוה"ד יעל צאודר-אסלן
ו/או אוהד אלטמן ו/או אלירן פוקס
ממשרד עורכי הדין בראון, צאודר אסלן
מרחוב מנחם בגין 11, רמת גן
טלפון: 03-7512901; פקס: 077-3181088

ובעניין: הממונה על הליכי חדלות פירעון ושיקום כלכלי
כונס הנכסים הרשמי - מחוז תל-אביב
מרח' השלושה 2, תל-אביב

(להלן: "הממונה")

# בקשה דחופה למתן הוראות
## בהסכמת הממונה

בית המשפט הנכבד מתבקש להואיל ולאשר לחיי"מ לשלם לחברת גוגל, סך של $3,000 (דולר ארה"ב) וזאת לצורך שמירת קוד המקור של החברה המאוחסן בענן.

כמו כן, מתבקש בית המשפט הנכבד להואיל ולאשר לחיי"מ לבצע את התשלום מחשבון הבנק של החברה, המנוהל בבנק הפועלים, וזאת עד לפתיחת חשבון פירוק ייעודי שינוהל על ידי החיי"מ.

## ואלו נימוקי הבקשה:

1. ביום 26.4.21 מונה החיי"מ כנאמן לחברה. יצוין כי את צו המינוי קיבל החיי"מ אמש.

2. עסקינן בחברה העוסקת בפרסום באינטרנט, ופיתחה לצורך האמור טכנולוגיה ייחודית.

3. מיד עם קבלת צו המינוי, בוצעו בדיקות ראשוניות על ידי החיי"מ, בכל הקשור לתיק דנן, ובפרט בכל הקשור לסוגיות דחופות העומדות על הפרק.

4. כמובן כי במהלך הימים הקרובים, יתקיימו מספר פגישות בתיק זה, והחיי"מ יקבל עוד מידע רב אודות החברה והפעולות הדרושות בתיק דנן – וכל האמור יפורט בדו"ח שיוגש על ידי החיי"מ לבית המשפט הנכבד.

5. מהבדיקות הראשוניות שערך החיי"מ, עולה כי ההכנסות הצפויות בתיק דנן יכול ויבואו משני מקורות:

   א. גביית חובות לקוחות.

   ב. מכירת הטכנולוגיה של החברה (קוד מקור).



בהקשר זה יצוין כי מנכ"ל החברה לא ידע להעריך את הסיכויים לביצוע מכר כאמור והדבר טבעי כאשר מדובר בחברת הזנק.

6. בהתאם למידע שהתקבל בידי הח"מ, קוד המקור וכל הטכנולוגיה של החברה, מאוחסנים בענן של חברת גוגל העולמית, כאשר התשלום **החודשי** עבור אחסון זה, עומד על סך של $3,000 לחודש.

7. עוד התברר לח"מ כי החברה מאחרת בתשלום זה, וקיבלה ארכה עד ליום שני הקרוב לביצוע התשלום. בהיעדרו, עלולה חברת גוגל למחוק את הנתונים של החברה.

8. בכוונת הח"מ לנסות ולקדם הליך מהיר של פרסום הזמנה להציע הצעות לרכישת הטכנולוגיה של החברה, כולל הכנת תיק מידע וכו'. בקשה למתן הוראות בהקשר זה תוגש בשבוע הבא.

ככל שבית המשפט יאשר לח"מ לקדם פרסום כאמור, מניח הח"מ כי בתוך שבועות ספורים, ניתן יהיה לדעת האם קיימת התכנות טובה לביצוע מכר כאמור, ומה הצפי לגבי התמורה באפשרית למכר כאמור.

9. בשלב זה, סבור הח"מ כי ישנו הכרח לביצוע התשלום בסכום המבוקש, שבהיעדרו, עשויה להימחק הטכנולוגיה של החברה. עובר לתשלום הבא, מקווה הח"מ כי תהיה בידו תמונה ברורה יותר בקשר לשווי הטכנולוגיה של החברה, וממילא, הכדאיות בהמשך ביצוע התשלום.

10. בחשבון הבנק של החברה, שנוהל בבנק הפועלים, מצוי סך של 87,000 ₪ ביתרת זכות, וללא התחייבויות כלפי הבנק. אין צורך לציין כי הח"מ פועל להעברת הכספים לחשבון בנק ייעודי, אולם הדבר ייקח מספר ימים.

11. נוכח האמור, מתבקש בית המשפט הנכבד לאשר לח"מ לבצע את התשלום מחשבון הבנק של החברה בבנק הפועלים, כמובקש ברישא בקשה זו.

12. בקשה זו מוגשת בהסכמת ב"כ הממונה, עו"ד שיראל ירוחם.

נחתם אלקטרונית
אורי בראון, עו"ד
נאמן לחברה





450 Seventh Ave.
Tenth Floor
New York, NY 10123
(212) 643-8800

Date: June 17, 2021

To whom it may concern:

This is to certify that the attached translation from Hebrew and into English is an accurate representation of the documents received by this office.

The document is designated as:
- Letter from Uri Braun attaching decision of the District Court in Lod initiating insolvency proceedings and appointing Uri Braun as trustee for Addoox Media Ltd.

Alexander Danesis, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

*Alexander Danesis*
_____
Signature of Alexander Danesis

**The Leader in Global IP Solutions**

[logo]

# Braun Tsauder Aslan, Law Office

11 Menahem Begin St., Ramat Gan (Rogovin Tidhar Tower), 24th floor Tel: 03-7512901 Fax: 077-3181088
11 Menahem Begin St., Ramat Gan, Israel Tel: 972-3-7512901
Email: bta.office.law@gmail.com

**- Urgent –**

May 3, 2021

**Ms. Penina**
**Bank Hapoalim**
**Branch 653**         **Via fax:** 09-8991148
Dear Sir or Madam:

**Subject: Account number 210000 in the name of Addoox Media Ltd.**

I am contacting you in the above-cited matter as follows:

1. On April 26, 2021 the District Court issued an order to initiate proceedings for the subject company (hereinafter: "Company"), and for the appointment of Adv. Uri Braun, the undersigned, as trustee.

    *A copy of the decision dated April 26, 2021 is attached as Appendix 1 to this letter.*

2. The undersigned is aware that the Company maintained an account with your branch, the number of which is 210000.

3. You are hereby asked to report concerning the existing credit balance on the account and to send account statements for the bank account.

4. The documents may be sent via email or fax.

5. Moreover, you are hereby asked to act in accordance with the Court's instructions dated May 3, 2021, directing you to execute the following bank transfer:
    Amount of transfer: 2,859.98 US dollars
    Beneficiary: DoiT International Ltd.
    Bank 22 – Citibank
    Branch 022
    IBAN account IL 940220010000501505013
    Swift – CITIILIT

    *A copy of the decision dated May 3, 2021 is attached as Appendix 2 to this letter.*

6. **To dispel any doubt, in accordance with the Honorable Court's decision, there is an absolute prohibition on executing any transactions on the Company's account without the approval of the undersigned.**

7. I would appreciate your handling this urgently.

[hw:] *For any questions:    0506474748*

Sincerely yours

**Uri Braun, Adv.**
**Trustee** [signature]

| | |
|---|---|
| **Insolvency File 34269-03-21 Addoox Media Ltd. v. Insolvency Administrator – Tel Aviv District et al.** | **April 26, 2021** |

**Before the Honorable Judge Irit Weinberg-Notowitz**

**In the matter of:** the Insolvency and Rehabilitation Law 5778- 2018

hereinafter: "Law"

**In the matter of:** Addoox Media Ltd. Companies 514138056

hereinafter: "Company or Corporation"

**and in the matter of:** 1. Insolvency Administrator – Tel Aviv District
2. Bank Hapoalim Ltd. Companies 520000118

hereinafter: "Respondent(s)"

**Present:**
Counsel for Applicant, Adv. Asher Engelman
Declarant – Mr. Roberto Ashkenazi
Counsel for rythemone, Adv. David Barel
Adv. for the administrator, Adv. Naama Gur Mas

# Transcript

**Counsel for Applicant:**
I repeat the request.

**Adv. Barel:**
We forcefully oppose the winding up. We have not filed any objection because I only recently received the report; we are in the processing of moving our offices, it arrived just recently. Therefore I have decided to come here today and to request that the hearing be postponed. I received the application itself and was notified of it at the end of a work day on Thursday. We are in the process of moving our offices and nevertheless I felt it was right to come here. We have substantive arguments. There is a pending proceeding against the Company that is being conducted in a court in California. The debt is not a debt of interest, etc., but rather one for certain services that were provided by virtue of a contract. Thus the claim that is being conducted in the US. We have substantive arguments. There is no debt to employees, as we understand it. Therefore we do not feel that from the perspective of time there is real pressure to issue a winding up order and to help workers to be paid and therefore an extension of a few days in order to make our arguments that such a winding up proceeding can, in our opinion, interest the proceeding in the US; there is also a parent company that is involved. In response to the Court's question, the claim in the US is only against the Company. There is a parent company that is called clear pier, we have attempted to involve the parent company and the Court there denied it, and we nevertheless intend to involve the Company. It is possible that the Company has intangible assets such as various types of IP; they may be in the process of transferring assets.

[partial stamp:] Certified

**Insolvency File 34269-03-21 Addoox Media Ltd. v.**           April 26, 2021
**Insolvency Administrator – Tel Aviv District et al.**

**Counsel for Applicant:**
The application and the decision were sent to them a few days ago and they had enough time to file an extension or to file a response. If there were any substance to my colleague's arguments, the last thing the company would do is ask to appoint an official who would be likely to examine this. We are not worried about such an examination; by virtue of a member's responsibility directors were let go and by virtue of Section 288 an application for winding up was filed. This was filed out of liability, and the Company has NIS 10 million in debts, NIS 1.4 million in assets, the lion's share of which for collection.

**Counsel for Administrator:**
There is no doubt that there was enough time to file an objection and to file a detailed objection with grounds and supported by an affidavit, certainly within the time. After hearing the arguments and grounds of the opponent, I think that the appointment of an official would be of benefit to the arguments of the opponent and therefore I agree, especially since the balance of the assets, if any, is small as compared to the Company's debts and I agree to the application and I ask that Adv. Shai Fiada, Adv. Eran Kaufman or Adv. Uri Braun be appointed.

**Adv. Barel:**
After hearing the Court's position, that if the motion for an extension of the time is granted it should be conditioned on the obligation to pay costs and that the winding up proceeding may provide a response to our argument, while preserving all the rights, I accept the position and withdraw the opposition.

## Order to Initiate Proceedings

Pursuant to the application that was filed with this Court, after having been persuaded that the application was properly served and publicized and a confirmation from the Administrator was presented to me concerning the receipt of a copy of the application as stated in Regulation 26 of the Insolvency and Rehabilitation Regulations 5779- 2019 (hereinafter: "**Regulations**"); after it was proven to my satisfaction that the Corporation became insolvent and after no objection was filed to the application, I hereby order the initiation of insolvency proceedings with respect to the Corporation pursuant to the Insolvency and Rehabilitation Law 5778-2018 (hereinafter: "**Law**") as follows:

1. After having found that there is no reasonable prospect for the rehabilitation of the Corporation, I hereby order the winding up of the Corporation;

2. Adv. **Uri Braun** is appointed as trustee for the Corporation.
   The trustee will deposit a personal bond in the amount of NIS 100,000.

3. The trustee's authorities are as set forth in Sec. 41-56 of the Law.

[partial stamp:] Certified

| At the District Court | Insolvency File 34269/03/21 |
|---|---|
| **Central** | |

**In the matter of:** the Insolvency and Rehabilitation Law 5778 – 2018    (hereinafter: "Law")

**and in the matter of:**   **Addoox Media Ltd. Private Company 514138056**
represented by Adv. Asher Engelman and/or Simon Keidar
Law Office of Goldfarb Seligman
Yigal Alon Street 98, Tel Aviv
Tel: 03-7101612; Fax: 03-6089322

[stamp:] 21 Iyar 5771, May 3, 2021 Decision
Motion 4 in Case 34269-03-21
<u>Judge Irit Weinberg- Notowitz</u>
In light of the grounds for the motion
and the position of the administrator, granted

*** signed digitally***

**Uri Braun, Adv. – Trustee for the Company**
represented by Uri Braun and/or Adv. Yael Tsauder-Aslan
and/or Ohad Alterman and/or Eliran Fuchs
from the Law Offices of Braun, Tsauder Aslan
Menahem Begin Street 11, Ramat Gan
Tel: 03-7512901; Fax: 077-3181088

**and in the matter of:** the administrator for the insolvency and rehabilitation proceedings
the Official Receiver – Tel Aviv District
Hashelosha St. 2, Tel Aviv    **(hereinafter: "Administrator")**

## Urgent Motion for Instructions
## with the Consent of the Administrator

The Honorable Court is asked to approve that the undersigned may pay the company Google the sum of $3,000 (US dollars) for the purpose of keeping the Company's source code which is stored in the cloud.

Moreover, the Honorable Court is asked to approve that the undersigned execute the payment from the Company's bank account, which is maintained at Bank Hapoalim, pending the opening of a special purpose liquidation account to be maintained by the undersigned.

**These are the grounds for the motion:**

1. On April 26, 2021, the undersigned was appointed as the trustee for the Company. It should be noted that the undersigned received the appointment order yesterday evening.

2. This company is engaged in advertising on the internet, and it developed unique technology for this purpose.

3. Immediately upon receipt of the appointment order, initial examinations were made by the undersigned in all matters pertaining to the present case, and in particular anything connected to urgent issues that are pending.

4. Obviously, over the course of the next few days, a number of meetings will be held in this case, and the undersigned will receive a great deal more information concerning the Company and the actions required in the present case – and all that stated will be detailed in a report to be filed by the undersigned with the Honorable Court.

[partial stamp:] Certified

5. From initial examinations carried out by the undersigned it appears that the anticipated revenues in the present case could come from two sources

    a. collection of customer's debts

    b. sale of the Company's technology (source code).

2

        In this connection it should be noted that the Company's CEO was not able to estimate the prospects for executing such a sale and this is natural for a start-up company.

6. In accordance with the information that was received by the undersigned, the source code and all of the Company's technology are stored in the cloud belonging to the worldwide company Google, with the **monthly** payment for this storage being set at the sum of $3000 monthly.

7. It has also become clear to the undersigned that the Company has been in arrears with this payment and that it received an extension to next Monday for executing the payment. In the absence thereof, Google may delete the Company's data.

8. It is the intention of the undersigned to attempt to promote a quick procedure of publicizing an invitation to bid on the purchase of the Company's technology, including the preparation of an information file, etc. A motion for instructions in connection therewith will be filed next week.

   Should the Court give its approval for the undersigned to promote such publicity, the undersigned assumes that within a few weeks it will be possible to know whether it will be feasible to execute such a sale, and what the prospects are with respect to the possible consideration for said sale.

9. At this stage, the undersigned believes that it is necessary to execute the payment in the sum sought because, in its absence, the Company's technology may be deleted. Before the next payment, the undersigned hopes that he will have a clearer picture with regard to the value of the Company's technology, and in any case, whether it is worthwhile to continue making the payment.

10. The Company's bank account, which is maintained at Bank Hapoalim, has a credit balance in the amount of NIS 87,000, and with no obligation toward the bank. There is no need to note that the undersigned is working to transfer the funds to a special purpose bank account, but that will take a few days.

11. In light of that stated, the Honorable Court is asked to grant approval for the undersigned to execute the payment from the Company's bank account at Bank Hapoalim, as requested at the beginning of this motion.

12. This motion is filed with the consent of counsel for the Administrator, Adv. Shirel Yerucham.

        Signed electronically

        Uri Braun, Adv.

        Trustee for the Company

        [partial stamp:] Certified

| | |
|---|---|
| 1 | ROBERT E. FREITAS (SBN 80948) |
| | rfreitas@fawlaw.com |
| 2 | KAYLA A. ODOM (SBN 301467) |
| | kodom@fawlaw.com |
| 3 | FREITAS & WEINBERG LLP |
| | 303 Twin Dolphin Drive, Suite 600 |
| 4 | Redwood Shores, California 94065 |
| | Telephone: (650) 593-6300 |
| 5 | Facsimile: (650) 593-6301 |

Attorneys for Foreign Representative
of Addoox Media Ltd.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | Case No. _____ |
| ADDOOX MEDIA LTD. | Chapter 15 |
| Debtor in a Foreign Proceeding. | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO FED. R. BANKR. P. 7007.1** |

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, Uri Braun, Foreign Representative of debtor Addoox Media LTD, hereby identifies:

    Solavid Inc.

There are no other corporations that directly or indirectly own 10% or more of any class of Addoox Media LTD's equity interests.

Dated: June 18, 2021

    ROBERT E. FREITAS
    KAYLA A. ODOM
    FREITAS & WEINBERG LLP

    */s/Kayla A. Odom*
    Kayla A. Odom

    Attorneys for Uri Braun,
    Foreign Representative of Debtor
    Addoox Media Ltd.